**D. Michael Reilly**, WSBA No. 14674 (*admitted pro hac vice*)
reillym@lanepowell.com
**Hans N. Huggler**, OSB No. 144993
hugglerh@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendant Life Insurance Company of North America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ELIZABETH REDDY,** | Case No. 3:18-cv-02211-YY |
| Plaintiff, | JOINT STATUS REPORT |
| v. | |
| **LIFE INSURANCE COMPANY OF NORTH AMERICA,** | |
| Defendant. | |

The parties report that they are as yet unable to resolve the issue of prejudgment interest, and propose the following briefing schedule to submit that issue for resolution by the Court:

- Plaintiff's Motion re Interest Rate due by December 13, 2019

- Defendant's response due February 14, 2020

PAGE 1 -    JOINT STATUS REPORT

- Plaintiff's reply due March 6, 2020

DATED: November 26, 2019

MEGAN E. GLOR, ATTORNEYS AT LAW, PC

By  s/ Megan E. Glor
    Megan E. Glor, OSB No. 930178

Attorneys for Plaintiff

LANE POWELL PC

By  s/ Hans N. Huggler
    Hans N. Huggler, OSB No. 144993

Attorneys for Defendant Life Insurance Company of North America

PAGE 2 -   JOINT STATUS REPORT