Megan E. Glor, OSB No. 930178
Email: megan@meganglor.com
John C. Shaw, OSB No. 065086
Email: john@meganglor.com
Megan E. Glor, Attorneys at Law, PC
707 NE Knott Street, Suite 101
Portland, OR  97212
Telephone: (503) 223-7400
Facsimile:  (503) 751-2071

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **ELIZABETH REDDY,**<br><br>       **Plaintiff,**<br><br>    **v.**<br><br>**LIFE INSURANCE COMPANY OF NORTH AMERICA,**<br><br>       **Defendant.** | **Case No.  3:18-cv-2211-YY**<br><br>**DECLARATION OF MEGAN E. GLOR IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR 10-DAY EXTENSION TIME** |

I, Megan E. Glor, do hereby declare under penalty of perjury and in accordance with the laws of the State of Oregon that the following statements are true and based upon personal knowledge.

1.      I represent Plaintiff Elizabeth Reddy in this matter.

**DECLARATION OF MEGAN E. GLOR IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR 10-DAY EXTENSION OF TIME**

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR  97212
503-223-7400

2.      I discovered after the parties' recent filing of their Joint Status Report (Dkt. No. 29) ("JSR") that the proposed deadline of December 13, 2019, for the filing of Plaintiff's Motion regarding prejudgment interest will not allow sufficient time for Plaintiff to gather all information and documents needed to complete the Motion.  Accordingly, I hereby seek a 10-day extension to file the Motion, with corresponding 10-day extensions for the filing of Defendant's Response and Plaintiff's Reply.

3.      This Motion is not made for the purpose of delay.

I declare under penalty of perjury that the foregoing is true and correct.

DATED December 6, 2019

s/ Megan E. Glor
Megan E. Glor, OSB No. 930178

**DECLARATION OF MEGAN E. GLOR IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR 10-DAY EXTENSION OF TIME**

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR  97212
503-223-7400