Megan E. Glor, OSB No. 930178
Email: megan@meganglor.com
John C. Shaw, OSB No. 065086
Email: john@meganglor.com
Megan E. Glor, Attorneys at Law, PC
707 NE Knott Street, Suite 101
Portland, OR  97212
Telephone: (503) 223-7400
Facsimile:  (503) 751-2071

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **ELIZABETH REDDY,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**LIFE INSURANCE COMPANY OF NORTH AMERICA,**<br><br>　　　　**Defendant.** | Case No.  3:18-cv-2211-YY<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE MOTION FOR PREJUDGMENT INTEREST AND SUPPORTING AFFIDAVITS UNDER SEAL**<br><br>*Expedited Review Respectfully Requested* |

### CERTIFICATION PER L.R. 7.1

The undersigned counsel for Plaintiff certifies that she has conferred with Defendant's counsel regarding this Motion and has been advised Defendant does not oppose it.

### MOTION

Pursuant to Fed. R. Civ. P. 5.2(d) and LR 5-2(d), Plaintiff hereby moves for an Order for

**MOTION FOR LEAVE TO FILE PLAINTIFF'S MOTION FOR PREJUDGMENT INTEREST AND SUPPORTING AFFIDAVITS UNDER SEAL - Page 1 of 2**

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR  97212
503-223-7400

leave to file under seal Plaintiff's Motion For Prejudgment Interest and supporting Affidavits, insofar as they reveal the contents of documents containing confidential and proprietary information that are subject to a protective order.

## CONCLUSION

WHEREFORE, Plaintiff respectfully asks this Court enter an Order requiring that the foregoing pleadings be filed under seal.

DATED: January 2, 2020.

>  Respectively Submitted,
>
> s/ Megan E. Glor
> Megan E. Glor, OSB No. 930178
> Attorney for Plaintiff

**MOTION FOR LEAVE TO FILE PLAINTIFF'S MOTION FOR PREJUDGMENT INTEREST AND SUPPORTING AFFIDAVITS UNDER SEAL - Page 2 of 2**

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR  97212
503-223-7400